## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:10-CR-0152** |
| | : | |
| **v.** | : | |
| | : | |
| **MARTIN SELGADO-RAMIREZ,** | : | |
| | : | **(Judge Conner)** |
| **Defendant** | : | |
| | : | |

## <u>ORDER</u>

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts the plea of Guilty to the **Indictment.** Upon consideration of the oral motion by counsel for the government for immediate sentencing, to which the defendant does not object, it is hereby ORDERED that said motion is GRANTED. A comprehensive presentence investigation and preparation of a presentence report are waived by the parties, and the above-named defendant shall be sentenced immediately.


BY THE COURT:


S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge


Dated: August 3, 2010